1
2
3
4
5
6
7
8                            UNITED STATES DISTRICT COURT
9                         FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   YIRAN ZHANG,                              Case No.  2:24-cv-1420-DJC-JDP (PS)
12                  Plaintiff,
13         v.                                  ORDER
14   U.S. CITIZENSHIP AND IMMIGRATION
     SERVICES,
15
                    Defendants.
16

17

18         Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was

19   referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).  On

20   January 14, 2025, the Magistrate Judge filed findings and recommendations herein

21   which were served on Plaintiff, and which contained notice that any objections to the

22   findings and recommendations were to be filed within fourteen days.  No objections

23   were filed.

24         The Court presumes that any findings of fact are correct.  *See Orand v. United*

25   *States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law

26   are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007)

27   ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the

28   district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds

the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed January 14, 2025, are ADOPTED;
2. Plaintiff's motion for default judgment, ECF No. 7, is denied without prejudice;
3. This matter is referred back to the assigned Magistrate Judge for all further pretrial matters.

IT IS SO ORDERED.

Dated:  **February 14, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE